May Term, 1846.

WEAVER
v.
JACKSON.

---

## WEAVER *v.* JACKSON and Another.

If the defendant plead in abatement a misnomer of his christian name, the plaintiff having confessed the plea to be true, and proved that the process had been served on the real defendant, may be permitted under the statute, on payment of costs, to amend the declaration by striking out the wrong name and inserting the right one.

ERROR to the *Switzerland* Circuit Court.

DEWEY, J.—Case. Plea, not guilty. Verdict and judgment for the plaintiffs below.

Monday, May 25.

On the calling of the cause, the defendant put in a plea in abatement for a misnomer, stating that he was sued by the christian name of *William*, when in fact his christian name was *Boston*. The plaintiffs admitting the plea to be true, and having proved that the process had been served on the real defendant *Boston. Weaver*, moved for leave to amend

the declaration by striking out *William* and inserting *Boston.* The motion was granted, and the declaration immediately amended accordingly; whereupon the defendant pleaded the general issue and went to trial.

The error complained of is the leave to amend the declaration.

We think, however, the leave was correctly given. The statute provides that the Court, in which any action is pending, may give leave to amend any process, pleading, or proceeding in such action, either in form or substance, for the furtherance of justice, at the costs of the party amending, at any time before commencing the trial. R. S. 1843, p. 713. The amendment allowed saved delay and was evidently in furtherance of justice. It was therefore within the provision of the statute.

*Per Curiam.*—The judgment is affirmed with costs.

*M. G. Bright*, for the plaintiff.